**Maurice JOHNSON, Appellant,**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Records Supervisor Thomas Rolands, Appellee.**

Supreme Court of Pennsylvania.

July 17, 2007.

*ORDER*

PER CURIAM.

The Order of the Commonwealth Court is affirmed.